IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

LAURA CALLAHAN,

           Plaintiff,

v.

BAYSIDE ASSET RECOVERY, LLC,

           Defendant.

ORDER

10-cv-549

---

The court having been advised that plaintiff has not filed a proof of service upon defendant which was originally due by January 24, 2011, and extended by prior court order to February 7, 2011, IT IS HEREBY ORDERED that the above case is DISMISSED without prejudice.

Entered this 23rd day of February, 2011.

BY THE COURT:

_____
WILLIAM M. CONLEY
District Judge